# Court of Appeals
# of the State of Georgia

ATLANTA,___April 17, 2013_____

*The Court of Appeals hereby passes the following order:*

## A13A0974. ALI v. JP MORGAN CHASE BANK, N. A.

This appeal was docketed on January 17, 2013, and in accordance with the docketing notice and Court of Appeals Rules 22 (a) and 23 (a), the appellant's brief and enumeration of errors were due on or before February 6, 2013. Appellant, Abduhsa Ali, did not file an enumeration of errors or brief within the stipulated period, and as of the date of this order has not filed an enumeration of error and brief.

Appellee, JP Morgan Chase Bank, has filed a motion to dismiss because of Ali's failure to file, and it is hereby ordered that appellee's motion to dismiss is GRANTED in accordance with Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 04/17/2013_____
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*